THE PEOPLE OF THE STATE OF NEW YORK ex rel. LOUIS BERGMAN, Appellant, against VERNON A. MORHOUS, as Warden of Great Meadow Prison, Respondent.

Submitted February 28, 1946; decided April 18, 1946.

*Louis Bergman* appellant in person.

*Nathaniel L. Goldstein, Attorney-General (John W. Barnell, Orrin G. Judd* and *Patrick H. Clune* of counsel), for respondent.

Order affirmed, without costs; no opinion. [See 295 N. Y. 885.]

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER and DYE, JJ. MEDALIE, J., deceased.